FILED
IN COURT
ASHEVILLE, N.C.

APR 1 8 2013

U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

Docket No.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | SEALED ADDENDUM |
| ) | TO ENTRY AND ACCCEPTANCE OF |
| ) | GUILTY PLEA |
| ) | (RULE 11 PROCEEDING) |
| DEMARCUS ANTONIO ROYAL ) | |

1. **Please state your:**
   Full Name: *Demarcus Antonio Royal*
   Age: *39*
   Education (last grade completed): *9th*
   Did you obtain a diploma, certificate or GED? *No*
   Where:
   When:

2. **Drugs and Alcohol:**
   Are you presently under the influence of any intoxicating liquors? Yes ( ) No (✓)
   Are you presently under the influence of any narcotics? Yes ( ) No (✓)
   Are you presently under the influence of any medicines or drugs of any kind? Yes ( ) No (✓)
   Have you taken any medications within the last 48 hours? Yes (✓) No ( )

   If so, what medications have you taken within the last 48 hours?
   What are these medications prescribed for?
   *Rosperadol*

3. **Medical Information:**

Are you currently under the care of a physician?  Yes (✓) No ( )
If yes, where? __BCDF__

Have you ever been treated for a mental illness?  Yes (✓) No ( )
If yes, where? __BCDF__
__Frye Hospital / Capestone__

Was this inpatient or outpatient? __inpatient__
Length of treatment? __3 weeks__
Did you complete it? __yes__

Have you ever been treated for substance abuse?  Yes (✓) No ( )
If yes, where? __Neil Dobbins__

Was this inpatient or outpatient? __inpatient__
Length of treatment? __month__
Did you complete it? __yes__

By signing below, the defendant (and counsel) certify and affirm that the answers given to the questions are true and accurate to the best of their knowledge.

Date: __4-18-13__

_____
Defendant's Signature

_____
Counsel's Signature